UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MORRIS GLASSCOCK,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:23-cv-1394-AMM-JHE |
| **CURRENT COMMISSIONER ADOC,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

Plaintiff Morris Glasscock filed a *pro se* complaint and supplement complaint pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights. Docs. 1, 4. On April 11, 2025, the magistrate judge entered a report recommending the court dismiss the plaintiff's federal claims under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. Doc. 7. The magistrate judge further recommended the court dismiss the plaintiff's state-law claims pursuant to 28 U.S.C. § 1367(c)(3). Doc. 7. Although the magistrate judge advised the plaintiff of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), the plaintiff's

federal claims are due to be dismissed without prejudice for failing to state a claim upon which relief may be granted. Additionally, the plaintiff's state-law claims are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

A Final Judgment will be entered.

**DONE** and **ORDERED** this 3rd day of June, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE